IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN O'CONNELL,

      Plaintiff,                      No. CIV S-06-0048 LKK KJM PS

    vs.

UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

      Defendant.                 <u>ORDER</u>

_____/

        A status conference was held in this matter on May 31, 2006, before the undersigned. Plaintiff appeared in propria persona. Erika Covarrubias appeared telephonically for defendants. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within seven days from the date of this order.

        2. Discovery is stayed pending resolution of defendants' motion to dismiss and/or for summary judgment, provided however that discovery necessary to oppose defendants' motion will be allowed upon a proper showing and noticed motion for leave to conduct discovery.

3. Plaintiff is advised that as provided by Local Rule 78-230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the  Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

DATED:   May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
oconnell.oas