IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN O'CONNELL,

        Plaintiff,                    No. CIV S-06-0048 LKK KJM PS

    vs.

UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

        Defendant.                ORDER

        This action was referred to the undersigned as provided by Local Rule 72-302(c)(21). Calendared for hearing on August 9, 2006 is defendant's motion to dismiss. By order filed June 29, 2006, the motion was previously continued for hearing because it appeared plaintiff had not timely filed opposition, due to delays in docketing plaintiff's pleadings. Plaintiff has now timely filed an amended opposition under the June 29, 2006 order.

        Defendant moves to strike plaintiff's amended opposition. Although defendant is correct that the Local Rules do not allow for plaintiff's amended pleadings, given plaintiff's pro se status, the court will consider plaintiff's amended opposition.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to strike is denied.

2. Reply to plaintiff's amended opposition shall be filed no later than 12:00 noon PST on August 4, 2006.

DATED: August 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
oconnell.mts