IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN O'CONNELL,

      Plaintiff,                    No. CIV S-06-0048 LKK KJM PS

    vs.

UNITED STATES SMALL BUSINESS
ADMINISTRATION, et al.,

      Defendant.                 <u>ORDER</u>

_____/

        Defendants' motion to dismiss and/or for summary judgment came on regularly for hearing August 9, 2006. Plaintiff appeared in propria persona. Erika Covarrubias appeared for defendants. At the hearing, plaintiff orally made a motion to dismiss the action without prejudice. Upon discussion with plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within two weeks from the date of this order, defendants shall file any opposition, limited to five pages, to plaintiff's motion to dismiss without prejudice. Reply, if any, also limited to five pages, shall be filed within one week thereafter. In the alternative, the parties may file a stipulated dismissal.

/////

1

2.  No later than August 11, 2006, plaintiff may file a concise letter brief containing citations relevant to the statute of limitations issue.  Any reply by defendants on this issue may be filed by letter brief no later than August 18, 2006.  Defendants' motion to dismiss and/or for summary judgment shall thereafter stand submitted.

DATED:  August 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
oconnell.oah